■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNY GONZALEZ, Appellant. [632 NYS2d 474] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Vaughan, J.), rendered June 7, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review *(see,* CPL 470.05 [2]) or without merit. Miller, J. P., Altman, Goldstein and Florio, JJ., concur.